An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRY DEWAYNE DIXON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63758

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying motion to reconsider. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Jennifer P. Togliatti, District Judge
Terry Dewayne Dixon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26595